# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHANNON RANAE MILLARD,

    Plaintiff

v.

CARSON CITY ANIMAL SERVICES, et al.,

    Defendants

Case No.: 3:23-cv-00112-MMD-CSD

**Order**

Re: ECF No. 1

Plaintiff has filed a civil complaint. The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

Plaintiff filed an application to proceed IFP on the short form. However, the application indicates that Plaintiff has $12,000, and does not provide sufficient detail regarding Plaintiff's expenses for the court to conclude that Plaintiff is unable to pay the filing fee.

Plaintiff must file a more detailed IFP application and affidavit to demonstrate an inability to pay the filing fee or pay the $402 filing fee ($350 filing fee and $52 administrative fee).

The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff has **30 days** from the date of this Order to either file a completed IFP application or pay the full $402 filing fee. If Plaintiff files his completed IFP application, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a

complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

If Plaintiff fails to timely file a completed IFP application or pay the filing fee, the court will recommend dismissal of this action without prejudice.

Finally, the court notes that it appears Plaintiff's complaint may be dismissed on screening for lack of jurisdiction because Plaintiff asserts state tort claims and both Plaintiff and Defendants all seem to reside in the State of Nevada.

**IT IS SO ORDERED**.

Dated: August 3, 2023

_____
Craig S. Denney
United States Magistrate Judge