# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON RANAE MILLARD, | Case No.: 3:23-cv-00112-MMD -CSD |
| Plaintiff | **Report & Recommendation of United States Magistrate Judge** |
| v. | |
| CARSON CITY ANIMAL SERVICES, et al., | |
| Defendants | |

This Report and Recommendation is made to the Honorable Miranda M. Du, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff filed a civil complaint, and an application to proceed *in forma pauperis* (IFP) on the short form. However, the form indicates Plaintiff has $12,000 and does not provide sufficient detail regarding Plaintiff's expenses for the court to conclude Plaintiff is unable to pay the filing fee and qualifies for IFP status. The court gave 30 days to file a completed IFP application or pay the full $402 filing fee, and cautioned Plaintiff that a failure to timely do so would result in dismissal of this action without prejudice. (ECF No. 3.)

Plaintiff failed to timely file a completed IFP application demonstrating an inability to pay the filing fee or pay the $402 filing fee; therefore, this action should be dismissed without prejudice.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

The Plaintiff should be aware of the following:

1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: October 20, 2023

_____
Craig S. Denney
United States Magistrate Judge