UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHANNON RANAE MILLARD,<br><br>                       Plaintiff,<br>   v.<br><br>CARSON CITY ANIMAL SERVICES, *et al.*,<br><br>                       Defendants. | Case No. 3:23-cv-00112-MMD-CSD<br><br>ORDER |

    *Pro se* Plaintiff Shannon Ranae Millard filed a civil complaint and application to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1, 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney (ECF No. 4), recommending that the Court dismiss this action for Millard's failure to timely file a sufficiently detailed and completed IFP application or pay the filing fee. Millard had until November 3, 2023 to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R in full and dismisses this action.

    Because there is no objection, the Court need not conduct de novo review and is satisfied Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Here, Judge Denney recommends dismissing this action because Millard failed to comply with the Court's August 3, 2023 order (ECF No. 3) to file a completed IFP application demonstrating an inability to pay the filing fee or to pay the full $402 filing fee within 30 days. (ECF No. 4 at

1.) The Court agrees with Judge Denney. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 4) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

It is further ordered that Millard's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 8th Day of November 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE